IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO ESCOBAR,

    Plaintiff,       No. 2:12-cv-0773 GEB DAD P

    vs.

CHRISTOPHER SMITH et al.,

    Defendants.       <u>ORDER</u>

_____/

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 7, 2012, the undersigned issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction be denied and that defendants' motion to dismiss plaintiff's claim that defendants were deliberately indifferent to his serious medical need in refusing to treat his condition surgically be granted due to plaintiff's failure to exhaust his administrative remedies prior to filing suit with respect to that claim. (Doc. No. 20.) By order filed December 14, 2012, the district court, adopted those finding and recommendations in full referred the matter back to the undersigned for further proceedings. (Doc. No. 22, at 2.)

/////

/////

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
2  date of this order defendants shall answer plaintiff's complaint to the extent it sets forth an
3  Eighth Amendment claim concerning the discontinuance of plaintiff's pain medication.
4  DATED: December 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
esco0773.ans